Adams-Williams v Dowdell (2024 NY Slip Op 00495)

Adams-Williams v Dowdell

2024 NY Slip Op 00495

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

11 CA 23-00889

[*1]YOLANDA ADAMS-WILLIAMS, PLAINTIFF-RESPONDENT,
v
ANNE DOWDELL, DEFENDANT-APPELLANT. 

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (MARTHA E. DONOVAN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
WAYNE C. FELLE, P.C., WILLIAMSVILLE (WAYNE C. FELLE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Michael Siragusa, A.J.), entered April 18, 2023. The order denied the motion of defendant to dismiss plaintiff's claim for punitive damages. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court